NORTHERN TIER SOLID WASTE AU-
THORITY, d/b/a Bradford County
Landfill, McKean County Solid Waste
Authority, Clinton County Solid
Waste Authority, d/b/a Wayne Town-
ship Landfill, Appellants

v.

COMMONWEALTH of Pennsylvania,
DEPARTMENT OF REVENUE;
Larry P. Williams, Secretary of the
Department Of Revenue; Common-
wealth of Pennsylvania, Department
of Environmental Protection; Kath-
leen A. McGinty Secretary of the
Department of Environmental Pro-
tection; Commonwealth of Pennsyl-
vania, Appellees

Pennsylvania Waste Industries
Association, Intervenors.

Supreme Court of Pennsylvania.

Feb. 20, 2007.

### ORDER

PER CURIAM.

The Order of the Commonwealth Court
is AFFIRMED. The Application to List
Case for Oral Argument is DENIED.

Jack HALPER and Marlene Halper,
h/w and David Halper,
Petitioners

v.

JEWISH FAMILY AND CHILDREN'S
SERVICE OF GREATER PHILA-
DELPHIA, Respondents.

Supreme Court of Pennsylvania.

March 2, 2007.

### ORDER

PER CURIAM.

AND NOW, this 2nd day of March,
2007, the Petition for Allowance of Appeal
is hereby GRANTED, but LIMITED to
the following four issues:

1. Whether the Superior Court erred
in its interpretation and application of
*Gibbs v. Ernst*, 538 Pa. 193, 647 A.2d 882
(1994) in this appeal.

2. Whether the Superior Court erred
in its interpretation and application of
*Brannan v. Lankenau Hospital*, 490 Pa.
588, 417 A.2d 196 (1980) in this appeal.

3. Whether the Superior Court erred
in failing to remand Jack and Marlene
Halper's claim for failure to timely pro-
duce the medical history of the adoptee's
birthmother for a new trial.

4. Whether the Superior Court erred
in concluding that there was an absence
of evidence to establish that Jack and
Marlene Halper would not have adopted
David Halper had they known of the
birthmother's mental health.